1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6 SAN JOSE DIVISION

7

8 BOBBIE JANE SMITH,                    Case No.18-cv-00887-VKD

Plaintiff,

9

v.                               **ORDER TO SHOW CAUSE WHY**
10                                         **ACTION SHOULD NOT BE**
**DISMISSED**
NANCY A. BERRYHILL,
11

Defendant.
12

13          Plaintiff Bobbie Jane Smith filed this action on February 20, 2018.  Dkt. No. 1.  Pursuant

14  to the Social Security Procedural Order issued on February 12, 2018, Ms. Smith's motion for

15  summary judgment or for remand was due within 28 days of service of defendant Nancy A.

16  Berryhill's answer.  Dkt. No. 6.  Secretary Berryhill filed an answer and the administrative record

17  on October 1, 2018, making Ms. Smith's motion due on October 29, 2018.  Dkt. Nos. 20, 21.  Ms.

18  Smith failed to file her motion by October 29.

19          On November 5, 2018, seven days after Ms. Smith's motion was due, the parties filed a

20  stipulation to extend time for Ms. Smith to file her motion for summary judgment, requesting an

21  additional 45 days until December 13, 2018.  Dkt. No. 22.  The Court found that there was no

22  good cause to grant the request and denied it, giving Ms. Smith until November 13, 2018 to file

23  her summary judgment motion.  Dkt. No. 23.  Ms. Smith failed to file her motion by November

24  13.

25          The Court possesses the inherent power to dismiss an action sua sponte "to achieve the

26  orderly and expeditious disposition of cases."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33

27  (1962).

28          Accordingly, Ms. Smith is directed to file a written response to this order by **November**

**20, 2018** and to appear before the Court on **November 27, 2018 at 10:00 a.m.** in Courtroom 2,
Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action
should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 16, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge