UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOBBIE JANE SMITH,<br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Defendant. | Case No. 18-cv-00887-VKD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**<br><br>Re: Dkt. No. 24 |

The Court has considered plaintiff Bobbie Jane Smith's response to the order to show cause issued on November 16, 2018. Good cause for Ms. Smith's failure to timely file her motion for summary judgment has been shown, and the order to show cause is hereby discharged. Had plaintiff's counsel included an explanation of the reasons supporting Ms. Smith's earlier request for extension of her deadline to file a motion for summary judgment, as required by Civil Local Rule 6-2, the Court would have been inclined to grant the extension.

The show cause hearing scheduled for November 27, 2018 is vacated.

Pursuant to the Social Security Procedural Order issued on February 12, 2018, Secretary Berryhill's opposition or cross-motion for summary judgment is due **December 18, 2018**, unless the parties otherwise stipulate. Dkt. No. 6.

**IT IS SO ORDERED.**

Dated: November 25, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge